UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ALLEN LYLES,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>STU SHERMAN,<br><br>　　　　　Respondent. | Case No. 2:20-cv-09078-FWS-MAR<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed objections, but has requested a certificate of appealability. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that:

(1) the Petition is **DENIED**; and

(2) judgment be entered dismissing the action with prejudice.

Dated: April 7, 2025

_____
Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE